CITY ATTORNEY'S OFFICE
SONIA M. BLAIN #007697
SARAH R. ANCHORS #025344
21 E. Sixth Street, Suite 201
P.O. Box 5002
Tempe, Arizona 85280
Phone: (480) 350-8227
Fax: (480) 350-8645
Cityattorney_administrator@tempe.gov
*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gabriela Giambalvo, an individual,<br><br>　　　　　Plaintiff,<br>v.<br><br>City of Tempe, a municipality; Anthony Nardini, an individual; Doe Defendants 1-10,<br><br>　　　　　Defendants. | No. 2:22-cv-01856-SMB-JFM<br><br>**Defendants' Answer to Plaintiff's Complaint** |

　　　　Defendants City of Tempe (the "City") and Anthony Nardini ("Nardini"), (together, "Defendants"), for their Answer to Plaintiff's Complaint, (hereinafter the "Plaintiff's Complaint"), hereby admit, deny, and aver as follows:

　　　　1.　　Defendants admit the first sentence of paragraph 1 of the Complaint (Doc. 1), but deny any liability thereunder. Defendants deny the remainder of the allegations in paragraph 1.

　　　　2.　　Responding to paragraph 2 of the Complaint, Defendants admit that Nardini was acting within the course and scope of his employment by the City. Defendants deny the remainder of the allegations in paragraph 2 of the Complaint.

3. Defendants deny the allegations in the first sentence of paragraph 3 of the Complaint. Defendants admit the second sentence of paragraph 3 except to state that Plaintiff stated she was "hard of hearing" not that she was "hearing impaired." Defendants deny the remainder of the allegations in paragraph 3 of the Complaint.

4. Defendants deny the allegations in paragraph 4 of the Complaint.

5. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in the first sentence of paragraph 5 of the Complaint. Defendants deny the remainder of the allegations in paragraph 5 of the Complaint.

6. The City admits the first and second sentences of paragraph 6 of the Complaint. Defendants deny the remainder of the allegations in paragraph 6.

7. The City admits the first sentence of paragraph 7 of the Complaint. The City denies the remainder of paragraph 7 of the Complaint.

8. Defendants admit paragraph 8 of the Complaint.

9. Paragraph 9 of the Complaint is not a factual allegation that requires a response. To the extent a response is required, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 9.

10. Defendants admit paragraph 10 of the Complaint.

11. Responding to paragraph 11, Defendants admit that this Court has subject matter jurisdiction but deny any liability under the ADA, RA or 42 U.S.C. § 1983.

12. Defendants admit paragraph 12 of the Complaint.

<u>DEFENDANTS DENY THE UNNUMBERED ALLEGATION AT PAGE 4, LINE 8 OF THE COMPLAINT</u>

13. In response to paragraph 13 of the Complaint, Defendants incorporate by reference all of the preceding paragraphs of this Answer.

14. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 14 of the Complaint.

15. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 15 of the Complaint.

16. Defendants admit paragraph 16 of the Complaint except as to the phrase "driving home"; Defendants lack knowledge or information sufficient to form a belief about the truth of that foregoing phrase.

17. Defendants admit the first sentence of paragraph 17. Defendants deny the second sentence of paragraph 17.

18. Defendants admit paragraph 18 of the Complaint.

19. Defendants admit the first sentence of paragraph 19 of the Complaint. Defendants lack knowledge or information sufficient to form a belief about the truth of the remainder of the allegations in paragraph 19 of the Complaint.

20. Defendants admit the first sentence of paragraph 20 of the Complaint. Defendants deny the remainder of paragraph 20 of the Complaint.

DEFENDANTS DENY THE UNNUMBERED ALLEGATION AT PAGE 5, LINES 10-11 OF THE COMPLAINT

21. Responding to paragraph 21 of the Complaint, Defendants admit that Nardini instructed Plaintiff to exit her vehicle and asked her to submit to the standardized field sobriety tests.

22. Defendants deny the first sentence of paragraph 22 of the Complaint. Defendants admit the second sentence of paragraph 22.

23. Defendants deny paragraph 23 of the Complaint. At no point did Plaintiff indicate that she did not understand Nardini, and if she asked "what?" or "huh?" the statement was repeated and she did not indicate that she still did not understand.

24. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 24 of the Complaint.

DEFENDANTS DENY THE UNNUMBERED ALLEGATION AT PAGE 6, LINES 24-25 OF THE COMPLAINT

25. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 25 of the Complaint. Defendants respond that

3

1  Plaintiff did comply with all requests and at no time indicated to Nardini that she did not
2  understand.
3      26.    Defendants admit paragraph 26 of the Complaint.
4      27.    Defendants admit paragraph 27 of the Complaint.
5      28.    Defendants admit paragraph 28 of the Complaint.
6      29.    Responding to paragraph 29 of the Complaint, Defendants admit only that
7  Plaintiff asked for an interpreter, Nardini stated "What's that?", and Plaintiff reiterated her
8  request. Defendants lack sufficient information to form a belief about the truth of the
9  allegation in paragraph 29 "In response" and therefore deny the same.
10     30.    Defendants admit paragraph 30 of the Complaint, except to assert regarding
11 the phrase "not legally authorized to act as an interpreter" that Nardini knew sign language
12 and communicated with Plaintiff in sign language and offered to continue such
13 communication.
14     31.    Defendants deny paragraph 31 of the Complaint.
15     32.    Responding to paragraph 32, Defendants deny the phrase "Moments after".
16 Defendants admit the remainder of the allegations in paragraph 32.
17     33.    Defendants deny paragraph 33 of the Complaint.
18     34.    Defendants deny paragraph 34 of the Complaint.
19     35.    Responding to paragraph 35 of the Complaint, Nardini admits that he caused
20 Plaintiff's car to be towed. Defendants lack knowledge or information sufficient to form a
21 belief about the truth of the remainder of the allegations in paragraph 35 of the Complaint.

<u>DEFENDANTS DENY THE UNNUMBERED ALLEGATION AT PAGE 7, LINES 7-10 OF THE COMPLAINT</u>

24     36.    Defendants admit paragraph 36 of the Complaint, except to deny that TPD is
25 a party and assert that it is a non-jural entity.
26     37.    Defendants deny paragraph 37 of the Complaint.
27     38.    Defendants deny paragraph 38 of the Complaint.
28     39.    Defendants deny paragraph 39 of the Complaint.

1  40.  Defendants admit paragraph 40 of the Complaint.

2  41.  Defendants deny paragraph 41 of the Complaint.

3  42.  Defendants lack knowledge or information sufficient to form a belief about the truth of the remainder of the first sentence of paragraph 41 of the Complaint. Defendants admit the second sentence of paragraph 42 of the Complaint.

6  43.  Defendants that the admit only the quote in paragraph 43 of the Complaint, but submit that it lacks context and the remainder of Nardini's statements and actions. Defendants admit the last two sentences of paragraph 43 of the Complaint. Defendants deny the remainder of paragraph 43 of the Complaint.

10  44.  In response to paragraph 44 of the Complaint, Defendants admit only that Nardini skipped the particular test that required Plaintiff's eyes to be closed. Defendants deny the remainder of paragraph 44 of the Complaint.

13  45.  Defendants deny paragraph 45 of the Complaint.

14  46.  Defendants deny paragraph 46 of the Complaint.

15  47.  Defendants deny paragraph 47 of the Complaint.

**DEFENDANTS DENY THE UNNUMBERED ALLEGATION AT PAGE 9, LINES 21-22 OF THE COMPLAINT**

18  48.  Defendants admit paragraph 48 of the Complaint.

19  49.  Defendants admit paragraph 49 of the Complaint.

20  50.  Defendants admit paragraph 50 of the Complaint.

21  51.  Defendants admit paragraph 51 of the Complaint.

22  52.  Defendants admit paragraph 52 of the Complaint.

23  53.  Defendants deny the allegations in paragraph 53 of the Complaint.

**DEFENDANTS DENY THE UNNUMBERED ALLEGATION AT PAGE 10, LINES 23-25 OF THE COMPLAINT**

26  54.  Defendants lack knowledge or information sufficient to form a belief about the truth of paragraph 54 of the Complaint.

1      55.     Defendants lack knowledge or information sufficient to form a belief about the truth of paragraph 55 of the Complaint.

3      56.     Defendants lack knowledge or information sufficient to form a belief about the truth of paragraph 56 of the Complaint.

5      57.     Defendants deny the allegations in paragraph 57 of the Complaint.

6      58.     Defendants deny the allegations in paragraph 58 of the Complaint.

7      59.     Defendants deny the allegations in paragraph 59 of the Complaint.

8      60.     Defendants deny the allegations in paragraph 60 of the Complaint.

9      61.     Defendants deny the allegations in paragraph 61 of the Complaint.

10     62.     Defendants deny the allegations in paragraph 62 of the Complaint.

## DEFENDANTS DENY THE UNNUMBERED ALLEGATION ON PAGE 13, LINES 21-22 OF THE COMPLAINT

63. Defendants admit the allegations in paragraph 63 of the Complaint.

64. Defendants deny the allegations in paragraph 63 of the Complaint.

65. Defendants admit the allegations in paragraph 65 of the Complaint.

66. Defendants deny the allegations in paragraph 66 of the Complaint.

67. Defendants lack knowledge or information sufficient to form a belief about the truth of paragraph 67 of the Complaint.

68. In response to paragraph 68 of the Complaint, Defendants incorporate by reference all of the preceding paragraphs of this Answer.

69. Responding to paragraph 69 of the Complaint, Defendants deny the phrase "applied to Defendants' conduct" as Defendants deny they violated the ADA. Defendants admit the remainder of paragraph 69.

70. Defendants lack knowledge or information sufficient to form a belief about the truth of paragraph 70 of the Complaint.

71. Defendants lack knowledge or information sufficient to form a belief about the truth of paragraph 71 of the Complaint.

72. Defendants admit paragraph 72 of the Complaint.

|   |   |
|---|---|
| 73. | Defendants admit paragraph 73 of the Complaint, but assert that Plaintiff fails to state the entire statutory provision. |
| 74. | Defendants admit paragraph 74 of the Complaint. |
| 75. | Defendants admit paragraph 75 of the Complaint. |
| 76. | Defendants deny paragraph 76 of the Complaint. |
| 77. | Responding to paragraph 77 of the Complaint, Defendants admit only that 4.2 U.S.C. § 12103 contains some of that language. Defendants deny that there is a 42 U.S.C. § 12103.73. |
| 78. | Defendants admit paragraph 78 of the Complaint. |
| 79. | Defendants admit only that paragraph 79 contains some of the language in 28 C.F.R. § 35.160(b)(2), but deny that it reflects the entirety of that section. |
| 80. | Defendants deny paragraph 80 of the Complaint. |
| 81. | Defendants deny paragraph 81 of the Complaint. |
| 82. | Defendants deny paragraph 82 of the Complaint. |
| 83. | Defendants deny paragraph 83 of the Complaint. |
| 84. | Defendants deny paragraph 84 of the Complaint. |
| 85. | Defendants deny paragraph 85 of the Complaint. |
| 86. | Defendants deny paragraph 86 of the Complaint. |
| 87. | In response to paragraph 87 of the Complaint, Defendants incorporate by reference all of the preceding paragraphs of this Answer. |
| 88. | Responding to paragraph 88 of the Complaint, Defendants deny that Section 504 of the RA, 29 U.S.C. § 794 "applied to Defendants' conduct." Defendants admit the remainder of paragraph 88. |
| 89. | The City lacks knowledge or information sufficient to form a belief about the truth of paragraph 89 of the Complaint. |
| 90. | Defendants admit that paragraph 90 quotes some of the language in 29 U.S.C. § 794, but deny that the quotation is complete and assert that the "no" should be capitalized and there should be ellipses after the word "assistance." |

| | | |
|---|---|---|
| 1 | 91. | Defendants deny paragraph 91 of the Complaint. |
| 2 | 92. | Defendants deny paragraph 92 of the Complaint. |
| 3 | 93. | Defendants deny paragraph 93 of the Complaint. |
| 4 | 94. | Defendants deny paragraph 94 of the Complaint. |
| 5 | 95. | Defendants deny paragraph 95 of the Complaint. |

6   96.   In response to paragraph 96 of the Complaint, Defendants incorporate by
7 reference all of the preceding paragraphs of this Answer.

8   97.   Defendants deny paragraph 97 of the Complaint.
9   98.   Defendants deny paragraph 98 of the Complaint.
10   99.   Defendants deny paragraph 99 of the Complaint.
11   100.   Defendants deny paragraph 100 of the Complaint.
12   101.   Defendants deny paragraph 101 of the Complaint.
13   102.   Defendants deny paragraph 102 of the Complaint.
14   103.   Defendants deny paragraph 103 of the Complaint.
15   104.   Defendants deny paragraph 104 of the Complaint.
16   105.   Defendants deny paragraph 105 of the Complaint.

17   106.   In response to paragraph 106 of the Complaint, Defendants incorporate by
18 reference all of the preceding paragraphs of this Answer.

19   107.   Defendants deny paragraph 107 of the Complaint.
20   108.   Defendants deny paragraph 108 of the Complaint.
21   109.   Defendants deny paragraph 109 of the Complaint.
22   110.   Defendants deny paragraph 110 of the Complaint.
23   111.   Defendants deny paragraph 111 of the Complaint.
24   112.   Defendants deny paragraph 112 of the Complaint.
25   113.   Defendants deny paragraph 113 of the Complaint.
26   114.   Defendants deny paragraph 114 of the Complaint.
27   115.   Defendants deny paragraph 115 of the Complaint.
28   116.   Defendants deny paragraph 116 of the Complaint.

1. 117. Defendants deny paragraph 117 of the Complaint.
2. 118. Defendants deny paragraph 118 of the Complaint.
3. 119. Defendants deny paragraph 119 of the Complaint.
4. 120. Defendants deny paragraph 120 of the Complaint.
5. 121. Defendants deny paragraph 121 of the Complaint.
6. 122. Defendants deny paragraph 122 of the Complaint.
7. 123. Defendants admit paragraph 123 of the Complaint.
8. 124. Defendants deny paragraph 124 of the Complaint.
9. 125. Defendants deny paragraph 125 of the Complaint.
10. 126. Defendants deny paragraph 126 of the Complaint.
11. 127. Defendants deny paragraph 127 of the Complaint.
12. 128. Defendants deny paragraph 128 of the Complaint.

**AFFIRMATIVE DEFENSES**

A. Plaintiff's Complaint fails to state a claim upon which relief can be granted.

B. Plaintiff's claims are barred, in whole or in part, because Defendants' acts and/or omissions were not the proximate cause of Plaintiff's damages.

C. Plaintiff's damages, if any, are the result of an intervening and superseding cause.

D. Punitive damages cannot be assessed under federal or state law against the City.

E. Plaintiff failed to mitigate her damages.

F. Nardini is entitled to qualified immunity.

**RESPECTFULLY SUBMITTED** this day 16th day of December, 2022.

/s/ Sarah R. Anchors
Sarah R. Anchors
CITY ATTORNEY'S OFFICE
21 E. Sixth Street, Suite 201
P.O. Box 5002
Tempe, Arizona 85280
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2022, I electronically transmitted the Defendants' Answer to Plaintiff's Complaint using the CM/ECF System for filing and a true and correct copy of the same was served via email and USPS mail to the following CM/ECF registrant:

William A. Richards
Gideon Esakoff
Richards & Moskowitz, PLC
1850 N Central Avenue, Suite 2010
Phoenix, Arizona 85004
brichards@RMazlaw.com
gideaon@RMazlaw.com
*Attorneys for Plaintiff*

/s/ Brenda J. Peeler