**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Gabriela Giambalvo,<br>Plaintiff<br>-vs-<br>City of Tempe, et al.,<br>Defendants. | CV-22-1856-PHX-SMB (JFM)<br><br>**Order** |

Plaintiff's Complaint (Doc. 1) was filed on October 29, 2022, naming as Defendants Unknown Parties Doe Defendants 1-10.  Plaintiff was granted extension s of time for service on February 3, 2023 (Doc. 15), June 1, 2023 (Doc. 28) and June 8, 2023 (Doc. 36).  The current, extended deadline expired July 31, 2023.  Plaintiff has not moved for another extension.

Dismissal of a party is appropriate where a plaintiff fails to show good cause for delays in service.  *See Walker v. Sumner*, 14 F.3d 1415 (9th Cir. 1994).

**IT IS THEREFORE ORDERED**:

(A) Plaintiff has 14 days from the filing of this Order to file either: (1) a response to this Order showing cause why Defendants Unknown Parties Doe Defendants 1-10 should not be dismissed without prejudice for failure to effect timely service; or (2) a notice of dismissal of such defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

(B) Defendants have seven days from the service of any such response to reply thereto.

Dated: August 9, 2023

22-1856o Order 23 08 09 re OSC Dismiss FTSrv.docx

James F. Metcalf
United States Magistrate Judge

- 1 -