Andrew Rozynski (Pro Hac Vice)
**EISENBERG & BAUM, LLP**
24 Union Square East, Penthouse
New York, NY 10003
Telephone No. 212-353-8700
Facsimile No. 212-353-1708
E-mail: arozynski@EandBLaw.com

William A. Richards #013381
**RICHARDS & MOSKOWITZ, PLC**
1850 N. Central Avenue, Suite 2010
Phoenix, Arizona 85004
Telephone No. 602-595-7800
Facsimile No. 602-595-7800
E-mail:  brichards@RMazlaw.com
*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gabriela Giambalvo, an individual,<br><br>Plaintiff,<br><br>v.<br><br>City of Tempe, a municipality; Anthony Nardini, an individual; Doe Defendants 1-10,<br><br>Defendants. | Case No. 2:22-cv-01856-SMB-JFM<br><br>**JOINT SETTLEMENT REPORT** |

Pursuant to the Court's Case Management Order (Doc. 46), counsel for Plaintiff Gabriela Giambalvo, as well as counsel for Defendants City of Tempe and Anthony Nardini, conferred during a video conference on October 11, 2023 regarding the possibility of reaching a settlement at this time. Despite good-faith efforts, the parties have not reached a settlement.

The parties jointly agree that referral to another magistrate judge for mediation as soon as practicable would be beneficial.

RESPECTFULLY SUBMITTED this 26th day of October, 2023.

RICHARDS & MOSKOWITZ PLC

*/s/ William A. Richards*
William A. Richards
1850 N. Central Avenue, Suite 2010
Phoenix, AZ  85004

AND

EISENBERG & BAUM, L.L.P.
Andrew Rozynski, Esq.
24 Union Square East, Penthouse
New York, NY 10003
*Attorneys for Plaintiffs*


TEMPE CITY ATTORNEY'S OFFICE

*/s/ Sarah Anchors (with permission)*
Sonia M. Blain
Sarah Anchors
Matthew J. Mansfield
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2023, I electronically filed this document with the Clerk's Office using the CM/ECF system for filing to:

Sonia M. Blain
Sarah R. Anchors
Matthew J. Mansfield
TEMPE CITY ATTORNEY'S OFFICE
21 E. Sixth Street, Suite 201
P.O. Box 5002
Tempe, Arizona 85280
Cityattorney_administrator@tempe.gov
*Attorneys for Defendants*

/s/ Allie Terhune

3